
RECEIVED
IN MONROE, LA
JAN 17 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| DENNIS ROBERTS AND BEATRICE ROBERTS | CIVIL ACTION NO. 05-1556 |
| VERSUS | JUDGE ROBERT G. JAMES |
| DAVID CARDELL OATIS AND WANDA SUE JAMES OATIS | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons set forth in this Court's Ruling,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the July 21, 2005, Order issued by Judge Stephen V. Callaway of the United States Bankruptcy Court, Western District of Louisiana, in Case No. 04-32577, is AFFIRMED, and the Appeal filed by Dennis Roberts and Beatrice Rogers [Doc. Nos. 1 & 4] in the above-captioned case is DISMISSED.

MONROE, LOUISIANA, this 17 day of January, 2006.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE